NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN HOWARD,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2012-3143

---

Petition for review of the Merit Systems Protection Board in case no. SF1221110384-W-1.

---

**ON MOTION**

---

**O R D E R**

John Howard moves without opposition for an extension of time, until November 15, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JOHN HOWARD V. DEPARTMENT OF TRANSPORTATION                    2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21